IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RASHEEM JAMES DRUMMOND,** )<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**RANDY EVANS, et al,** )<br>**Defendants.** ) | **C.A. No. 25-313 Pittsburgh**<br><br>**District Judge Susan Paradise Baxter**<br>**Chief Magistrate Judge Richard Lanzillo** |

## MEMORANDUM ORDER

Plaintiff, an inmate at the State Correctional Institution at Greene in Waynesburg, Pennsylvania ("SCI-Greene"), commenced this action on March 4, 2025 by lodging a *pro se* document entitled "order to show cause for a preliminary injunction and temporary restraining order" ("TRO motion") [ECF No. 1], followed by the filing of a motion for leave to proceed *in forma pauperis* ("ifp motion") on April 24, 2025. [ECF No. 3].[1] This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff's ifp motions have not yet been ruled upon and, more importantly, no complaint has yet been filed by Plaintiff with the Court. Because Plaintiff has failed to file a complaint in this matter, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") on October 7, 2025 recommending that Plaintiff's TRO motion be denied and that this case be administratively closed, noting that "[w]here no complaint has been filed, 'the court cannot make

---

[1] Plaintiff has since filed two more ifp motions [ECF Nos. 7, 9].

this determination and, accordingly, lacks jurisdiction to entertain the petition for injunctive relief.'" (ECF No. 12, at pp. 1-2, quoting Harrison v. Thompson, 2024 WL 758952, at *1 (W.D. Pa. Jan. 22, 2024)). No objections to the R&R have been received by the Court.

After *de novo* review of Plaintiff's motion and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 12th day of December, 2025;

IT IS HEREBY ORDERED that Plaintiff's motion for preliminary injunction and a temporary restraining order [ECF No. 1] is DENIED, and the Clerk is directed to administratively close this case pending Plaintiff's filing of a proper complaint. The report and recommendation of Chief Magistrate Judge Lanzillo, dated October 7, 2025 [ECF No. 12], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
    Chief United States Magistrate Judge